FILED

2022 OCT 17 PM 3:59

rsm

1 Name: GAIL GARDNER
2 Address: P.O. Box 698
3 LUCERNE Valley CA 92356
4 Phone: 760-907-8094
5 Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GAIL GARDNER,

PLAINTIFF,

vs.

VA LOAN Dept.

DEFENDANT(S).

Case No.: 5:22-CV-01834-SSS-SHKx
(To be supplied by the Clerk)

COMPLAINT FOR:

_____
_____
_____
_____

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under _____

Pro Se Clinic Form      Page Number

## II. VENUE

2. Venue is proper pursuant to _____

## III. PARTIES

3. Plaintiff's name is GAIL GARDNER. Plaintiff resides at: 10019 LADERA AVE, LUCERNE VALLEY CA 92356

4. Defendant VA Home Loan Dept.

5. Defendant _____

Pro Se Clinic Form                                    Page Number

1     ___. Defendant _____
2     *Insert ¶ #*
3
4
5
6
7
8     ___. Defendant _____
9     *Insert ¶ #*
10
11
12
13
14
15     ___. Defendant _____
16     *Insert ¶ #*
17
18
19
20
21
22     ___. Defendant _____
23     *Insert ¶ #*
24
25
26
27
28

## IV. STATEMENT OF FACTS

Insert ¶ #. That when I was Robbed falling Behind in my House payment Morgage Company Took Payments for Back Payments then filed for Repossesion. Refusing Any And All Payments for over 2 years Justifying The VA To give me a 30 days get out order Never Invastagating the Fraud that was taking my house to Begine with

Insert ¶ #. And not Knowing Another Real Estate Company trying to Also steal illegally my house VA decided Second Fraud to Bad First Fraud they Never Stopped Nor Allowed me Anything But get out in 30 days At sixty Nine Years old Veteran They went with First illegal Fraud Never Invastagated At All.

Insert ¶ #

1
2
3   *Insert ¶ #*
4
5
6
7
8
9
10
11
12  *Insert ¶ #*
13
14
15
16
17
18
19
20
21  *Insert ¶ #*
22
23
24
25
26
27
28

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(illegal Siezure of House AND LAND)
*insert title of cause of action*

(As against Defendant(s): VA LOAN dept )

_. Kept with FRAUD NEVER Helped this VETERAN AND Proof Look AT Realestate LAW BROKE it I NEVER did

_. Took House AWAY BECAUSE they didn't WANT to INVESTAGATE My Hardship So Fraud took my Home VA says its OK EVEN thow I Filed HARDShip they NEVER INVESTAGATED At All - Lie in own Adds

Insert ¶ #

Pro Se Clinic Form                    Page Number

## SECOND CAUSE OF ACTION

(Put in Hospital Bad Heart)
*insert title of cause of action*

(As against Defendant(s)): Theres actions or lack of Leaves me destitute at mercy of Gang)

___. All my hard earned House, Home Taken Because of Two Seperate Frauds VA has yet to investigate and ous Nothing for Frauds filings civil law Sold me a House Sub-par Tours for now

___. House not up to code, investagate why I owed so much then when All or Nothing on a False filing to Repossesion, illegal to start with, Land Grab VA got mins 100% disabled Veteran. 64 years old Leave and Die

___. No investagation Just gone why?

## THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____

_____ )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Relief- from seizure & Gang Damages making Sub. PAR House into my Pine Box

Pro Se Clinic Form                    Page Number

# FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____ )

1
2
3
4
5
6
7  *Insert ¶ #*
8
9
10
11
12
13
14 *Insert ¶ #*
15
16
17
18
19
20 *Insert ¶ #*
21
22
23
24
25
26
27
28

Pro Se Clinic Form                    *Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10/17/2022

Sign: *[signature]*
Print Name: GAIL GARDNER

Plaintiff in pro per