JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01834-SSS-SHKx | Date | December 6, 2022 |
| Title | *Gail Gardner v. VA Loan Dept.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On October 17, 2022, Plaintiff filed a Complaint [Dkt. 1] along with a Request to Proceed *In Forma Pauperis* [Dkt. 2].  On October 26, 2022, the Court issued its Order on Request to Proceed *In Forma Pauperis* [Dkt. 7], postponing the ruling on the request for 30 days to allow Plaintiff to provide additional information.  The Court further ordered that within 30 days of the date of the Order, Plaintiff must file a renewed application to proceed *in forma pauperis* specifying the value of any "pensions, annuities, and/or life insurance payments" she has received in the last 12 months.  Plaintiff was also strongly advised to submit an amended complaint and was given additional instructions.  Lastly, Plaintiff was informed that if she failed to comply with the instructions within 30 days, the case would be DISMISSED without prejudice.

As of today's date, Plaintiff has not filed her renewed application to proceed *in forma pauperis*.  Therefore, the Court hereby dismisses the case for lack of prosecution.  The Clerk is ordered to close the case.

**IT IS SO ORDERED.**